# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ANGELIQUE FURR, )<br>)<br>     Plaintiff )<br>)<br>     v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security, )<br>)<br>     Defendant ) | Civil No.   08-434-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket 14) filed October 15, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

  /s/ George Z. Singal           
United States District Judge

Dated this 12th day of November, 2009.